

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00449-CV

| | | |
|---|---|---|
| Phillip Young | § | From the 211th District Court |
| v. | § | of Denton County (2012-30224-211) |
| | § | June 6, 2013 |
| Robert J. Rogers and Daisy P. Rogers | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

It is further ordered that Appellant, Phillip Young, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM